B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yesulis, Robert J.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Yesulis, Julie L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  **9383** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  **5826** |
| Street Address of Debtor (No. and Street, City, and State)<br>**214 Highbridge Trail**<br>**McHenry, IL**  ZIPCODE **60050** | Street Address of Joint Debtor (No. and Street, City, and State<br>**214 Highbridge Trail**<br>**McHenry, IL**  ZIPCODE **60050** |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business:<br>**Mchenry** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  N.A

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Robert J. Yesulis & Julie L. Yesulis** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X ___/s/ Scott Bentley_____   11/10/2011_____ <br> Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Robert J. Yesulis & Julie L. Yesulis**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert J. Yesulis**
    Signature of Debtor

X **/s/ Julie L. Yesulis**
    Signature of Joint Debtor

    Telephone Number (If not represented by attorney)

    11/10/2011
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

    _____
    (Printed Name of Foreign Representative)

    _____
    (Date)

### Signature of Attorney*

X **/s/ Scott Bentley**
    Signature of Attorney for Debtor(s)

**SCOTT BENTLEY 6191377**
Printed Name of Attorney for Debtor(s)

    Firm Name

5435 Bull Valley Road Suite 318
    Address

McHenry, IL 60050

(815) 385-0669
    Telephone Number

11/10/2011
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

    _____
    Printed Name and title, if any, of Bankruptcy Petition Preparer

    _____
    Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

    _____
    Address

    _____

X _____

    _____
    Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    _____
    Printed Name of Authorized Individual

    _____
    Title of Authorized Individual

    _____
    Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re_____      Case No._____
Robert J. Yesulis & Julie L. Yesulis
                    Debtor(s)                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-754 - 31923-301X-09310 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/09) – Cont.

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
   ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
   ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _____/s/ Robert J. Yesulis_____

ROBERT J. YESULIS

Date: ____11/10/2011_____

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re __Robert J. Yesulis & Julie L. Yesulis_____      Case No._____
<div align="center">Debtor(s)</div>                          <div align="center">(if known)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

<div style="writing-mode: vertical-rl">Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF</div>

B1 D (Official Form 1, Exh. D)  (12/09) – Cont.                                                    Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
　　　❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____  /s/ Julie L. Yesulis  _____
　　　　　　　　　　　　　　　　JULIE L. YESULIS

Date: ___11/10/2011_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6A (Official Form 6A) (12/07)**

In re  Robert J. Yesulis & Julie L. Yesulis                          Case No.  _____

_____**Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence  214 Highbridge Trail  McHenry, IL 60050 | | J | 179,000.00 | Exceeds Value |
| | | Total ➤ | 179,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re __Robert J. Yesulis & Julie L. Yesulis_____    Case No. _____
          **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand<br>Debtor's Residence | J | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #1027027976<br>McHenry Savings Bank<br>353 Bank Drive<br>McHenry, IL 60050 | W | 1,600.00 |
| | | Savings Account #1000548683<br>McHenry Savings Bank<br>353 Bank Drive<br>McHenry, IL 60050 | W | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Furniture and Goods<br>Debtor's Residence | J | 3,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures and other Art objects<br>Debtor's Residence | J | 50.00 |
| 6.  Wearing apparel. | | Wearing Apparent | J | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re  Robert J. Yesulis & Julie L. Yesulis                                  Case No. _____
             **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor's Residence | | |
| 7.  Furs and jewelry. | | **Furs and Jewelry** Debtor's Residence | J | 2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Firearms, Sports Equipment** Debtor's Residence | J | 150.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K | J | 0.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re   Robert J. Yesulis & Julie L. Yesulis                     Case No. _____
          **Debtor**                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Pontiac Bonneville Debtor's Residence | J | 2,000.00 |
| | | 1996 Mercury Grand Marquis Debtor's Residence | J | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment Debtor's Residence | J | 700.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

_____ continuation sheets attached        Total   |  $

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re   Robert J. Yesulis & Julie L. Yesulis                                    Case No. _____
            **Debtor**                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 11,725.00 |

B6C (Official Form 6C)  (04/10)

In re  Robert J. Yesulis & Julie L. Yesulis_____    Case No. _____
              **Debtor**                                           **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)            ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                 $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | (Husb)735 I.L.C.S 5§12-1001(b) | 12.50 | 25.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 12.50 | |
| Checking Account #1027027976 | (Wife)735 I.L.C.S 5§12-1001(b) | 1,600.00 | 1,600.00 |
| Savings Account #1000548683 | (Wife)735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| Household Furniture and Goods | (Husb)735 I.L.C.S 5§12-1001(b) | 1,500.00 | 3,000.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 1,500.00 | |
| Books, Pictures and other Art objects | (Husb)735 I.L.C.S 5§12-1001(b) | 25.00 | 50.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 25.00 | |
| Wearing Apparent | (Husb)735 I.L.C.S 5§12-1001(a) | 50.00 | 100.00 |
| | (Wife)735 I.L.C.S 5§12-1001(a) | 50.00 | |
| Furs and Jewelry | (Husb)735 I.L.C.S 5§12-1001(b) | 1,000.00 | 2,000.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 1,000.00 | |
| Firearms, Sports Equipment | (Husb)735 I.L.C.S 5§12-1001(b) | 75.00 | 150.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 75.00 | |
| 1998 Pontiac Bonneville | (Husb)735 I.L.C.S 5§12-1001(c) | 1,000.00 | 2,000.00 |
| | (Wife)735 I.L.C.S 5§12-1001(c) | 1,000.00 | |
| 1996 Mercury Grand Marquis | (Husb)735 I.L.C.S 5§12-1001(c) | 1,000.00 | 2,000.00 |
| | (Wife)735 I.L.C.S 5§12-1001(c) | 1,000.00 | |
| Office Equipment | (Husb)735 I.L.C.S 5§12-1001(b) | 350.00 | 700.00 |
| | (Wife)735 I.L.C.S 5§12-1001(b) | 350.00 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re  Robert J. Yesulis & Julie L. Yesulis  ,          Case No. _____
    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8372281  Seterus  14523 SW Millikan Way Ste 200  Beaverton, OR 97005 | | J | Lien: 1st Mortgage  Security: 214 Highbridge Trail, McHenry, IL 60050  VALUE $    179,000.00 | | | | 209,061.29 | 30,061.29 |
| ACCOUNT NO.  | | | VALUE $ | | | | | |
| ACCOUNT NO.  | | | VALUE $ | | | | | |

 0   continuation sheets attached

|  | Subtotal ➤ (Total of this page) | $209,061.29 | $ 30,061.29 |
|---|---|---|---|
|  | Total ➤ (Use only on last page) | $209,061.29 | $ 30,061.29 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6E (Official Form 6E) (04/10)**

Robert J. Yesulis & Julie L. Yesulis

In re_____,    Case No._____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6E (Official Form 6E) (04/10) - Cont.**

In re   Robert J. Yesulis & Julie L. Yesulis                    ,        Case No._____
              Debtor                                                              (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

_0_  **continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re  Robert J. Yesulis & Julie L. Yesulis ,                    Case No. _____
_____Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  59326 <br> A/R Concepts, Inc. <br> o/b/o Anesthesia Assoc of CL <br> 33 W. Higgins Road, Ste 715 <br> S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 290.21 |
| ACCOUNT NO.  52520 <br> A/R Concepts, Inc. <br> o/b/o Anesthesia Assoc of CL <br> 33 W. Higgins Road, Ste 715 <br> S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 425.65 |
| ACCOUNT NO.  43581 <br> A/R Concepts, Inc. <br> o/b/o Anesthesia Assoc of CL <br> 33 W. Higgins Road, Ste 715 <br> S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 160.83 |
| ACCOUNT NO.  72412 <br> A/R Concepts, Inc. <br> o/b/o Anesthesia Assoc of CL <br> 33 W. Higgins Road, Ste 715 <br> S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 244.16 |

___32___continuation sheets attached

Subtotal ➤ $ 1,120.85

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert J. Yesulis & Julie L. Yesulis_____, Case No. _____
_____Debtor_____ _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5437<br><br>A/R Concepts, Inc.<br>o/b/o McHenry Radiol. & Imaging<br>33 W. Higgins Road, Ste 715<br>S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 530.00 |
| ACCOUNT NO. 79990<br><br>A/R Concepts, Inc.<br>o/b/o McHenry Radiol. & Imaging<br>33 W. Higgins Road, Ste 715<br>S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 275.00 |
| ACCOUNT NO. 8833<br><br>A/R Concepts, Inc.<br>o/b/o McHenry Radiol. & Imaging<br>33 W. Higgins Road, Ste 715<br>S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 196.92 |
| ACCOUNT NO. 5437<br><br>A/R Concepts, Inc.<br>o/b/o McHenry Radiol. & Imaging<br>33 W. Higgins Road, Ste 715<br>S. Barrington, IL 60010 | | J | Consideration: Medical services | | | | 79.11 |
| ACCOUNT NO. 1736<br><br>Advanced Neurological Care<br>615 Dakota Street Ste A201<br>Crystal Lake, IL 60012 | | C | Consideration: Medical services | | | | 262.16 |

Sheet no. __1__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 1,343.19

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,        Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  616925376 <br><br> Advocate Good Shepherd Hospital <br> 450 W. Highway 22 <br> Barrington, IL  60010 | | H | Consideration: Medical services | | | | 754.00 |
| ACCOUNT NO.  F00025669631 <br><br> Alexian Brothers Medical Center <br> 22589 Network Place <br> Chicago, IL 60673 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  113801A380 <br><br> Alexian Brothers Medical Group <br> PO Box 843147 <br> Boston, MA 02284-3147 | | J | Consideration: Medical services | | | | 221.27 |
| ACCOUNT NO.  P47688491 <br><br> Allied Interstate <br> o/b/o Credit One Bank <br> 3000 Corporate Exchange <br> Columbus, OH 43231 | | J | Consideration: Credit card debt | | | | 1,047.23 |
| ACCOUNT NO.  89751 <br><br> Anesthesia Associates of Crystal Valley <br> 4309 Medical Center Drive, Ste A201 <br> McHenry, IL 60050 | | J | Consideration: Medical services | | | | 2,834.00 |

Sheet no. __2__ of __32__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ |  4,931.50
Total ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis        ,          Case No. _____

**Debtor**                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 094-1-0002636601<br>Arlington Ridge Pathology<br>520 E. 22nd Street<br>Lombard, IL 60148 | | J | Consideration: Medical services | | | | 217.00 |
| ACCOUNT NO. HR1269<br>Asset Care<br>o/b/o Moraine ER Physicians<br>5100 Peachtree Industrial Blvd.<br>Norcross, GA 30071 | | J | Consideration: Medical services | | | | 1,005.00 |
| ACCOUNT NO. 4447962153364389<br>Asset Recovery Solutions<br>o/b/o Credit One Bank<br>2200 E. Devon Ste 200<br>Des Plaines, IL 60018 | | J | Consideration: Credit card debt | | | | 1,157.69 |
| ACCOUNT NO. 48623622228765155<br>Associated Recovery Systems<br>o/b/o Capital One Bank<br>PO Box 469046<br>Escondido, CA 92046-9046 | | J | Consideration: Credit card debt | | | | 380.06 |
| ACCOUNT NO. 488332<br>ATG Credit LLC<br>o/b/o Cardiovascular Assoc.<br>PO Box 14895<br>Chicago, IL 60614-4895 | | J | Consideration: Medical services | | | | 14.00 |

Sheet no.  3   of  32   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    2,773.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert J. Yesulis & Julie L. Yesulis                ,          Case No. _____
        **Debtor**                                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  305985<br><br>ATG Credit LLC<br>o/b/o Naperville Radiologists<br>PO Box 14895<br>Chicago, IL 60614-4895 | | J | Consideration: Medical services | | | | 98.00 |
| ACCOUNT NO.  1000019938<br><br>Barrington Cardiology<br>912 North Northwest Highway #100<br>Fox River Grove, IL 60021 | | J | Consideration: Medical services | | | | 1,731.11 |
| ACCOUNT NO.  870810200042<br><br>Best Practices of NW SC<br>P.O. Box 758682<br>Baltimore, MD 21275 | | J | Consideration: Credit card debt | | | | 75.00 |
| ACCOUNT NO.  08-41530-0<br><br>Blitt & Gaines<br>o/b/o Capital One Bank<br>661 Glenn Avenue<br>Wheeling, IL 60090 | | J | Consideration: Credit card debt | | | | 2,127.97 |
| ACCOUNT NO.  QMRIG-5437<br><br>Business Revenue Systems<br>o/b/o McHenry Radiology<br>PO Box 13077<br>Des Moines, IA 50310-0077 | | J | Consideration: Medical services | | | | 266.34 |

Sheet no. __4__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,298.42

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert J. Yesulis & Julie L. Yesulis_____ ,     Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4862362588325657<br>Capital Management<br>o/b/o Capital One Bank<br>726 Exchange Street<br>Buffalo, NY 14210 | | J | Consideration: Credit card debt | | | | 4,356.20 |
| ACCOUNT NO. 22-16495905<br>CBCS<br>o/b/o US Cellular<br>PO Box 163729<br>Columbus, OH 43216 | | J | Consideration: Cell Phone | | | | 711.50 |
| ACCOUNT NO. 208-023685<br>CBCS<br>PO Box 165025<br>Columbus, OH 43216 | | J | Consideration: Credit card debt | | | | 850.75 |
| ACCOUNT NO. 82773570<br>CBE Group<br>o/b/o Direct TV<br>131 Tower Park Ste 100<br>Waterloo, IA 50704 | | J | Consideration: Satellite | | | | 579.26 |
| ACCOUNT NO. 104495<br>Centegra Health<br>13707 W. Jackson<br>Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 77.82 |

Sheet no. _5_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    6,575.53

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis         ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10609 <br><br> Centegra Health System <br> 750 E. Terra Cotta Ste A201 <br> Crystal Lake,  IL 60014 | | J | Consideration: Medical services | | | | 50.42 |
| ACCOUNT NO.  B1015600129 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO.  B1014600273 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO.  B0926100148 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO.  A0830300215 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 250.00 |

Sheet no.  6   of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    360.42

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Robert J. Yesulis & Julie L. Yesulis_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   B0817500241 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 250.00 |
| ACCOUNT NO.   B1110100521 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 250.00 |
| ACCOUNT NO.   A1033700326 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Legal services | | | | 75.00 |
| ACCOUNT NO.   B0816500307 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 250.00 |
| ACCOUNT NO.   B0815400233 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 75.00 |

Sheet no. _7_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    900.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis           ,          Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  B1118201598 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 1,504.02 |
| ACCOUNT NO.  A1122700249 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  B1121301295 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 30.00 |
| ACCOUNT NO.  B1125100013 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  A1122700088 <br><br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 75.00 |

Sheet no. __8__ of __32__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,759.02

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis          ,          Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   B1120000262 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | H | Consideration: Medical services | | | | 243.43 |
| ACCOUNT NO.   B1118800465 <br> Centegra Health System <br> PO Box 1447 <br> Woodstock, IL 60098 | | H | Consideration: Medical services | | | | 10,915.15 |
| ACCOUNT NO.   104190 <br> Centegra Health Systems <br> 13707 W. Jackson Street <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 23.92 |
| ACCOUNT NO.   104495 <br> Centegra Health Systems <br> 13707 W. Jackson Street <br> Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 52.22 |
| ACCOUNT NO.   1644647 <br> Center for Neurology <br> Sherman Family Elgin <br> P.O. Box 582663 <br> Modesto, CA 85358 | | J | Consideration: Medical services | | | | 298.00 |

Sheet no. __9__ of __32__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   11,532.72

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,          Case No. _____

**Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   103 23668 <br><br> CEP America, PC <br> PO BOX 582663 <br> Modesto, CA 95358-0046 | | J | Consideration: Medical services | | | | 213.00 |
| ACCOUNT NO.   104 4647 <br><br> CEP America, PC <br> PO BOX 582663 <br> Modesto, CA 95358-0046 | | J | Consideration: Medical services | | | | 298.00 |
| ACCOUNT NO.   YESRO000 <br><br> Certified Services <br> o/b/o Dr.j Firias Dairi <br> PO Box 177 <br> Waukegan, IL 60079-0177 | | J | Consideration: Medical services | | | | 746.54 |
| ACCOUNT NO.   208-023685 <br><br> City of Naperville <br> P.O. Box 88850 <br> Carol Stream, IL 60188 | | J | Consideration: Ticket | | | | 850.75 |
| ACCOUNT NO.   8771 10 044 0042313 <br><br> Comcast <br> PO Box 3002 <br> Southeastern, PA 19398-3002 | | W | Consideration: Cable Service | | | | 245.05 |

Sheet no.   10   of   32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,353.34

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis                ,        Case No. _____
**Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   10 SC 8922<br><br>David J. Axeford<br>649 Barron Blvd. Ste 200<br>Grayslake, IL 60030 | | W | Consideration: Legal services | | | | 1,140.59 |
| ACCOUNT NO.   23184<br><br>David J. Axelrod<br>o/b/o Basudeh Saha MD<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | | J | Consideration: Medical services | | | | 909.91 |
| ACCOUNT NO.   C37007-865423<br><br>Dependon Collection Service, Inc.<br>o/b/o Basudeh Saha MD<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | | J | Consideration: Medical services | | | | 649.91 |
| ACCOUNT NO.   697<br><br>Easy Dental Care<br>712 Front Street<br>McHenry, IL 60050 | | C | Consideration: Dental services | | | | 50.00 |
| ACCOUNT NO.   E053406229<br><br>Edward Hospital and Health<br>P.O. Box 4207<br>Carol Stream, IL 60197 | | J | Consideration: Medical services | | | | 3,127.75 |

Sheet no.   11   of   32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        5,878.16

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis            ,         Case No. _____
                   **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  209067 <br><br> Elstrom & Hall <br> 406 N. Front Street Ste A <br> McHenry, IL 60050 | | J | Consideration: Credit card debt | | | | 413.80 |
| ACCOUNT NO.  XXXX5932 <br><br> Financial Recovery Services o/b/o HSBC <br> P.O. Box 385908 <br> Minneapolis, MN 55438 | | J | Consideration: Credit card debt | | | | 809.24 |
| ACCOUNT NO.  101048267 <br><br> Franklin Collection Services o/b/o AT&T <br> PO BOX 3910 <br> Tupelo, MS 38803-3910 | | J | Consideration: Phone | | | | 1,296.36 |
| ACCOUNT NO.  5155970022105908 <br><br> Franklin Collection Services o/b/o HSBC Credit Card <br> 300 International Drive <br> Williamsville, NY  14221 | | J | Consideration: Credit card debt | | | | 1,019.55 |
| ACCOUNT NO.  257-004751 <br><br> Greater Round Lake FPD <br> P.O. Box 1368 <br> Elmhurst, IL 60126 | | J | Consideration: Ticket | | | | 200.00 |

Sheet no.  12  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,738.95

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,          Case No. _____
           **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Harris & Harris <br> o/b/o Centegra Health <br> 222 Merchandise Mart Ste 1900 <br> Chicago, IL 60654 | | J | Consideration: Medical services | | | | 74.11 |
| ACCOUNT NO. B0923100148 <br> Harris & Harris <br> o/b/o Centegra Health <br> 7017 John Deere Pkwy <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO. 612357681 <br> Harris & Harris <br> o/b/o Good Shepherd Hospital <br> 222 Merchandise Mart <br> Chicago, IL 60654 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO. 610164360 <br> Harris & Harris <br> o/b/o Good Shepherd Hospital <br> P.O. Box 5598 <br> Chicago, IL 60680 | | J | Consideration: Medical services | | | | 2,001.32 |
| ACCOUNT NO. 5906953-5 <br> Harris & Harris <br> o/b/o NW Community Hospital <br> 222 Merchandise Mart Ste 1900 <br> Chicago, IL 60654 | | J | Consideration: Medical services | | | | 75.00 |

Sheet no. __13__ of __32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   2,245.43

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,        Case No. _____
                            **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  94259506 <br><br> Harris & Harris <br> o/b/o Sherman Family Elgin <br> 222 Merchandise Mart Ste 1900 <br> Chicago, IL 60654 | | J | Consideration: Medical services | | | | 433.32 |
| ACCOUNT NO.  94481134 <br><br> Harris & Harris <br> o/b/o Sherman Family Elgin <br> 222 Merchandise Mart Ste 1900 <br> Chicago, IL 60654 | | C | Consideration: Medical services | | | | 86.88 |
| ACCOUNT NO.  94250587 <br><br> Harris & Harris <br> o/b/o Sherman Family Elgin <br> 222 Merchandise Mart Ste 1900 <br> Chicago, IL 60654 | | J | Consideration: Medical services | | | | 387.75 |
| ACCOUNT NO.  A10077303006 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | C | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  B0809900382 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 250.00 |

Sheet no.  14  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,232.95

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,   Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. B0807200057 <br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO. B0909200180 <br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 250.00 |
| ACCOUNT NO. B0809600176 <br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO. B0926100148 <br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO. B0910400234 <br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 75.00 |

Sheet no. _15_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 440.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,   Case No. _____
           **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. B0911300444 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 3,849.25 |
| ACCOUNT NO. B08099003825 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Credit card debt | | | | 250.00 |
| ACCOUNT NO. B1014600273 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | J | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO. B0807200057 <br><br> HR Accounts Inc. <br> o/b/o Centegra Health <br> 7017 John Deere Parkway <br> Moline, IL 61265 | | W | Consideration: Medical services | | | | 20.00 |
| ACCOUNT NO. 1-15970-0 <br><br> Illinois Pain Institute <br> 431 Summit Street <br> Elgin, IL 60120 | | J | Consideration: Medical services | | | | 44.09 |

Sheet no. _16_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   4,183.34

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis          ,          Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 208 1066757-1<br><br>KCA Financial Service<br>Dept. 4387<br>Carol Stream, IL 60122 | | J | Consideration: Medical services | | | | 13.90 |
| ACCOUNT NO. DKR010<br><br>KCA Financial Service<br>o/b/o NW Radiology<br>P.O. Box 53<br>Geneva, IL 60134 | | J | Consideration: Medical services | | | | 1,348.00 |
| ACCOUNT NO. DKR711<br><br>KCA Financial Service<br>o/b/o Professional Cardiac Serv.<br>P.O. Box 53<br>Geneva, IL 60134 | | J | Consideration: Medical services | | | | 41.00 |
| ACCOUNT NO. 208-1066757.1<br><br>Lab and Path Diagnostics<br>Dept. 4387<br>Carol Stream, IL 60122 | C | | Consideration: Medical services | | | | 13.90 |
| ACCOUNT NO. L404-36176-G<br><br>Lake/McHenry Pathology Assoc.<br>520 E. 22nd Street<br>Lombard, IL 60148 | | J | Consideration: Medical services | | | | 40.02 |

Sheet no.  17  of 32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　1,456.82

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,          Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5437-QMRIG <br><br> Lake/McHenry Pathology Assoc. <br> P.O. Box 220 <br> McHenry, IL 60050 | | J | Consideration: Medical services | | | | 7.83 |
| ACCOUNT NO.  0094123 <br><br> McHenry County Orthopedicsd <br> 420 N. Route 31 <br> Crystal Lake, IL 60012 | | H | Consideration: Medical services | | | | 1,151.76 |
| ACCOUNT NO.  5437-QMRIG <br><br> McHenry Radiologists Imaging Assoc. <br> PO Box 220 <br> McHenry, IL 60050 | | H | Consideration: Medical services | | | | 151.16 |
| ACCOUNT NO.  425112 <br><br> McHenry Recovery Specialists <br> 1000 Mineral Point Avenue <br> Janesville, WI  53548 | | J | Consideration: Medical services | | | | 30.14 |
| ACCOUNT NO.  404-0002802745/2786983 <br><br> McHenry Recovery Specialists <br> o/b/o Lake McHenry Path <br> 2250 Devon Ave. Ste 352 <br> Des Plaines, IL 60018 | | J | Consideration: Medical services | | | | 17.22 |

Sheet no.  18  of  32   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  1,358.11

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis        ,        Case No. _____
          **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8060841<br><br>McHenry Recovery Specialists o/b/o Lake McHenry Path 2250 Devon Ave. Ste 352 Des Plaines, IL 60018 | | J | Consideration: Medical services | | | | 40.02 |
| ACCOUNT NO.  7090831<br><br>McHenry Recovery Specialists o/b/o Lake McHenry Path 2250 Devon Ave. Ste 352 Des Plaines, IL 60018 | | J | Consideration: Medical services | | | | 12.46 |
| ACCOUNT NO.  6999253<br><br>McHenry Recovery Specialists o/b/o Lake McHenry Path 2250 Devon Ave. Ste 352 Des Plaines, IL 60018 | | J | Consideration: Credit card debt | | | | 59.37 |
| ACCOUNT NO.  09-300843<br><br>McHenry Township Fire Dept. PO Box 457 Wheeling, IL 60090 | | H | Consideration: Medical services | | | | 41.42 |
| ACCOUNT NO.  09-87445<br><br>McHenry Township Fire Dept. PO Box 457 Wheeling, IL 60090 | | H | Consideration: Medical services | | | | 505.00 |

Sheet no.  19  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   658.27

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____ ,          Case No. _____
            **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8028-0900  Mercy Health System  PO BOX 5003  Janesville, WI 53547-5003 | | W | Consideration: Medical services | | | | 30.14 |
| ACCOUNT NO.  861-1-0004373088  Midwest Diagnostic Pathology  75 Remittance Drive, Ste 3070  Chicago, IL 60675-3070 | | J | Consideration: Medical services | | | | 54.00 |
| ACCOUNT NO.  6394336  MiraMed Revenue Group  o/b/o Best Practices of NW  PO Box 536  Linden, MI 48451 | | J | Consideration: Medical services | | | | 750.00 |
| ACCOUNT NO.  7554223  MiraMed Revenue Group  o/b/o NW Comm. Hospital  PO BOX 77000 Dept. 77304  Detroit, MI 48277-0304 | | J | Consideration: Medical services | | | | 75.00 |
| ACCOUNT NO.  MN1710148002730  Moraine ER Physicians  PO Box 8759  Philadelphia, PA 19101-8759 | | J | Consideration: Medical services | | | | 1,090.00 |

Sheet no. _20_ of _32_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   1,999.14

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,         Case No. _____
              **Debtor**                                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MN1708175002417 Moraine ER Physicians PO Box 8759 Philadelphia, PA 19101-8759 | | J | Consideration: Medical services | | | | 754.00 |
| ACCOUNT NO.  MN1708165003078 Moraine ER Physicians PO Box 8759 Philadelphia, PA 19101-8759 | | J | Consideration: Medical services | | | | 827.00 |
| ACCOUNT NO.  MN1711101005215 Moraine ER Physicians PO Box 8759 Philadelphia, PA 19101-8759 | | J | Consideration: Credit card debt | | | | 1,254.00 |
| ACCOUNT NO.  MN1711076000076 Moraine ER Physicians PO Box 8759 Philadelphia, PA 19101-8759 | | J | Consideration: Medical services | | | | 100.00 |
| ACCOUNT NO.  305985 Naperville Radiologists P.O. Box 70 Hinsdale, IL 60522 | | J | Consideration: Credit card debt | | | | 98.00 |

Sheet no. __21_ of _32__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        3,033.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis            ,        Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5221718<br><br>National Credit Adjustment<br>o/b/o HSBC<br>P.O. Box 3023<br>Hutchinson, KS 67501 | | J | Consideration: Credit card debt | | | | 2,406.69 |
| ACCOUNT NO. 44585380<br><br>Nationwide Credit & Collection, Inc.<br>245 Main Street<br>Dickson City, PA 18519 | | C | Consideration: Medical services | | | | 1,102.95 |
| ACCOUNT NO. 010827004303<br><br>Nationwide Credit & Collection, Inc.<br>o/b/o U of I Med. Ctr.<br>815 Conmmerce Drive, Ste 100<br>Oakbrook, IL 60523 | | J | Consideration: Medical services | | | | 1,138.42 |
| ACCOUNT NO. UP662939<br><br>Nationwide Credit & Collection, Inc.<br>o/b/o U of I Med. Ctr.<br>815 Conmmerce Drive, Ste 100<br>Oakbrook, IL 60523 | | J | Consideration: Medical services | | | | 270.00 |
| ACCOUNT NO. UP662939<br><br>Nationwide Credit & Collection, Inc.<br>o/b/o U of I Med. Ctr.<br>815 Conmmerce Drive, Ste 100<br>Oakbrook, IL 60523 | | J | Consideration: Medical services | | | | 1,170.06 |

Sheet no. 22 of 32 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 6,088.12

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis            ,        Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  24755324<br><br>NCO Financial<br>o/b/o Lake McHenry Path<br>1375 E. Woodfield Rd. Ste 110<br>Schaumburg, IL 60173 | | W | Consideration: Credit card debt | | | | 208.82 |
| ACCOUNT NO.  DAP613<br><br>NCO Financial<br>o/b/o Moraine ER Physicians<br>507 Prudential Road<br>Horsham, PA 19044 | | J | Consideration: Medical services | | | | 608.00 |
| ACCOUNT NO.  709092001805<br><br>NCO Financial<br>o/b/o Moraine ER Physicians<br>507 Prudential Road<br>Horsham, PA 19044 | | J | Consideration: Medical services | | | | 907.00 |
| ACCOUNT NO.  709092001805-0846342<br><br>NCO Financial<br>o/b/o Moraine ER Physicians<br>507 Prudential Road<br>Horsham, PA 19044 | | J | Consideration: Medical services | | | | 50.00 |
| ACCOUNT NO.  709092001805-0846341<br><br>NCO Financial<br>o/b/o Moraine ER Physicians<br>507 Prudential Road<br>Horsham, PA 19044 | | J | Consideration: Medical services | | | | 48.00 |

Sheet no.  23  of  32  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　1,821.82

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,   Case No. _____
   **Debtor**   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3M8PPO<br><br>NCO Financial<br>o/b/o Moraine ER Physicians<br>507 Prudential Road<br>Horsham, PA 19044 | | J | Consideration: Medical services | | | | 100.00 |
| ACCOUNT NO.   086-1-0002058168<br><br>Neopath, SC<br>520 E. 22nd Street<br>Lombard, IL 60148 | | J | Consideration: Medical services | | | | 138.00 |
| ACCOUNT NO.   67834402<br><br>Northwest Community Hospital<br>P.O. Box 95698<br>Chicago, IL 60694 | | H | Consideration: Medical services | | | | 5,626.84 |
| ACCOUNT NO.<br><br>NW Collectors<br>o/b/o Rolling Meadows FD<br>3601 Algonquin Road Ste 232<br>Rolling Meadows, IL 60008 | | J | Consideration: Medical services | | | | 92.80 |
| ACCOUNT NO.<br><br>NW Collectors<br>o/b/o Transworld Systems<br>1375 E. Woodfield #110<br>Schaumburg, IL 60173 | | W | Consideration: Medical services | | | | 88.96 |

Sheet no.  24  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $  6,046.60

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,        Case No. _____
      **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NW Collectors <br> o/b/o Village of Lake Zurich <br> 3601 Algonquin Road Ste 232 <br> Rolling Meadows, IL 60008 | | J | Consideration: Medical services | | | | 156.80 |
| ACCOUNT NO. C55082 <br><br> OAC <br> o/b/o Great Lakes Pathology <br> PO BOX 371100 <br> Milwaukee, WI 53237 | | H | Consideration: Medical services | | | | 510.40 |
| ACCOUNT NO. 40469154488312 <br><br> OSI <br> o/b/o Lake/McHenry Pathology <br> PO Box 959 <br> Brookfield, WI 53008 | | J | Consideration: Medical services | | | | 166.81 |
| ACCOUNT NO. 84965661-21 <br><br> Plaza Associates <br> o/b/o Harley Davidson-Repo <br> P.O. Box 18008 <br> Hauppauge, NY 11788 | C | | Consideration: Repossession | | | | 7,209.26 |
| ACCOUNT NO. 0094481492 <br><br> Portfolio Recovery Associates <br> o/b/o Sherman Hospital <br> 35134 Eagle Way <br> Chicago, IL 60612 | | J | Consideration: Credit card debt | | | | 155.03 |

Sheet no. _25_ of _32_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 8,198.30

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) (12/07) - Cont.

In re Robert J. Yesulis & Julie L. Yesulis ,  Case No. _____
       **Debtor**  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 221-2-0000301826 <br> Professional Cardiac Services <br> 520 E. 22nd St. <br> Lombard, IL 60148 | | J | Consideration: Medical services | | | | 41.00 |
| ACCOUNT NO. 64448 35033 <br> Professional Cardiac Services <br> 525 W. Gold Street <br> Arlington Heights, IL 60005 | | J | Consideration: Medical services | | | | 0.00 |
| ACCOUNT NO. 6444835033 <br> Quality Healthcare <br> o/b/o Quality Healthcare Equip <br> P.O. Box 882 <br> Freeport, IL 61032 | | J | Consideration: Medical services | | | | 130.87 |
| ACCOUNT NO. 12720 <br> Quality Healthcare <br> P.O. Box 13150 <br> Overland Park, KS 66282 | | H | Consideration: Medical services | | | | 439.45 |
| ACCOUNT NO. 14482 <br> Quality Healthcare <br> P.O. Box 142 <br> LaCrosse, WI 54602 | | H | Consideration: Medical services | | | | 19.36 |

Sheet no. 26 of 32 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 630.68

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis        ,        Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  303-10515042<br><br>RAB<br>o/b/o Capital One Bank<br>PO Box 34119<br>Memphis, TN 38184 | | J | Consideration: Credit card debt | | | | 3,693.73 |
| ACCOUNT NO.  223421A<br><br>Radiological Consultants<br>Woodstock<br>36311 Treasury Center<br>Chicago, IL 60694 | | J | Consideration: Medical services | | | | 469.00 |
| ACCOUNT NO.<br><br>Radiological Consultants<br>Woodstock<br>o/b/o Alexian Bros.<br>P.O. Box 361230<br>Birmingham, AL 25236 | | J | Consideration: Credit card debt | | | | 75.00 |
| ACCOUNT NO.  02712721269849<br><br>Revenue Cycle Solutions<br>o/b/o Citizens Bank-Repo<br>P.O. Box 12914<br>Norfolk, VA 23541 | | J | Consideration: Credit card debt | | | | 3,691.36 |
| ACCOUNT NO.  A0094481492<br><br>Sherman Health<br>1425 Randall Road<br>Elgin, IL 60120-2198 | | J | Consideration: Medical services | | | | 191.40 |

Sheet no.  27  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        8,120.49

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert J. Yesulis & Julie L. Yesulis_____,        Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  A0094481134<br>Sherman Health<br>1425 Randall Road<br>Elgin, IL 60120-2198 | | J | Consideration: Medical services | | | | 977.55 |
| ACCOUNT NO.  A0094250587<br>Sherman Health<br>1425 Randall Road<br>Elgin, IL 60120-2198 | | J | Consideration: Credit card debt | | | | 1,938.74 |
| ACCOUNT NO.  11-84668<br>Spring Grove FPD<br>P.O. Box 457<br>Wheeling, IL 60090 | | J | Consideration: Medical services | | | | 382.00 |
| ACCOUNT NO.  726719766<br>Sprint<br>PO Box 4191<br>Carol Stream, IL 60197 | C | | Consideration: Cellular Service | | | | 326.53 |
| ACCOUNT NO.  870810200042<br>Suburban Credit Corp.<br>o/b/o Best Practices of NW<br>P.O. Box 30640<br>Alexandria, IL 22310 | | J | Consideration: Medical services | | | | 75.00 |

Sheet no. __28__ of __32__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    3,699.82

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-99310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis              ,              Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9884H-0028314875<br><br>Tate & Kirlin Associates o/b/o Comprehensive Urologic Care 1375 E. Woodfield Road #110 Schaumburg, IL 60173 | | J | Consideration: Medical services | | | | 88.40 |
| ACCOUNT NO.  16037008<br><br>Tate & Kirlin Associates o/b/o HSBC 44585380 2810 Southampton Road Philadelphia, PA 19154 | | J | Consideration: Medical services | | | | 1,102.95 |
| ACCOUNT NO.  9421448<br><br>Tate & Kirlin Associates o/b/o Washington Mutual 2810 Southampton Road Philadelphia, PA 19154 | C | | Consideration: Credit card debt | | | | 8,811.09 |
| ACCOUNT NO.  LOMB-L107-8378<br><br>Town Square Anesthesia P.O. Box 836 Crystal Lake, IL 60014 | | J | Consideration: Medical services | | | | 60.00 |
| ACCOUNT NO.  8789E 0000008697<br><br>Transworld Systems, Inc. o/b/o The Lawn Doctor 1375 E. Woodfield Road #110 Schaumburg, IL 60173 | | J | Consideration: Medical services | | | | 76.00 |

Sheet no.  29  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    10,138.44

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis_____,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TRI-B612357681 Tri County Emergency Physicians P.O. Box 369 Barrington, IL 60011 | | J | Consideration: Medical services | | | | 11.98 |
| ACCOUNT NO. TRI.B616925376 Tri County Emergency Physicians P.O. Box 369 Barrington, IL 60011 | | H | Consideration: Medical services | | | | 86.50 |
| ACCOUNT NO. 100082218 Trustmark Recovery Services o/b/o U of I Med Ctr Chicago 541 Ottis Bowen Drive Munster, IN 46321 | | J | Consideration: Medical services | | | | 54.00 |
| ACCOUNT NO. 80630595 U of I Medical Center P.O. Box 12199 Chicago, IL 60612 | | J | Consideration: Medical services | | | | 160.00 |
| ACCOUNT NO. ILA136064AAA UIC Pathology 4810 Paysphere Circle Chicago, IL 60674 | | J | Consideration: Medical services | | | | 156.64 |

Sheet no. _30_ of _32_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 469.12

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis         ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  11-242789<br>Village of Arlington Heights<br>P.O. Box 95349<br>Palatine, IL 60095 | | H | Consideration: Medical services | | | | 600.00 |
| ACCOUNT NO.  231002677<br>Village of Fox Lake<br>PO BOX 1368<br>Elmhurst, IL 60126 | | J | Consideration: Medical services | | | | 364.00 |
| ACCOUNT NO.  09-205385<br>Village of Hoffman Estates<br>P.O. Box 457<br>Wheeling, IL 60090 | | J | Consideration: Medical services | | | | 96.16 |
| ACCOUNT NO.  4862-152616-1<br>Wellington Radiology Group<br>39006 Treasury Ctr<br>Chicago, IL 60694 | | H | Consideration: Medical services | | | | 13.50 |
| ACCOUNT NO.  5371<br>William Bush DDS<br>1311 N. Green Street<br>McHenry, IL 60050 | | J | Consideration: Dental Services | | | | 256.20 |

Sheet no.  31  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,329.86

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Robert J. Yesulis & Julie L. Yesulis          ,          Case No. _____
    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   13371 <br><br>Windsor Door<br>4519 Prime Pkwy<br>McHenry, IL 60050 | | J | Consideration: Services | | | | 195.00 |
| ACCOUNT NO.   YESJU010 <br><br>Woodstock Fire and Rescue<br>P.O. Box 423<br>Woodstock, IL 60098 | | J | Consideration: Medical services | | | | 364.87 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  32  of  32  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 559.87

Total ▶ | $ | 111,276.03

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6G (Official Form 6G) (12/07)

In re  Robert J. Yesulis & Julie L. Yesulis                    Case No. _____
                        **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**B6H (Official Form 6H) (12/07)**

In re  Robert J. Yesulis & Julie L. Yesulis                        Case No. _____
　　　　　　　　　　　　**Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

　　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6I (Official Form 6I) (12/07)

In re  Robert J. Yesulis & Julie L. Yesulis                                    Case
_____          _____
**Debtor**                                                            **Case**
                                                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | RELATIONSHIP(S): No dependents | | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Service Advisor | BN Counselor |
| Name of Employer | Palman Motors | Centegra Health Systems |
| How long employed | 3 weeks | 20 years |
| Address of Employer | Kenosha, WI | 527 W. South Street |
| | | Woodstock, IL 60098 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 3,312.37 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 3,312.37 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 588.51 |
| | b. Insurance | $ 0.00 | $ 273.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify: ___(S)FSA & Loan Payment___ ) | $ 0.00 | $ 628.33 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 1,489.84 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,822.53 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0.00 | $ 1,822.53 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | $ 1,822.53 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None
_____
_____
_____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re  Robert J. Yesulis & Julie L. Yesulis                              Case No. _____
           **Debtor**                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,474.00 |
|     a. Are real estate taxes included?   Yes __✓__ No _____ | |
|     b. Is property insurance included?   Yes __✓__ No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 150.00 |
|     b. Water and sewer | $ 32.50 |
|     c. Telephone | $ 130.00 |
|     d. Other _Garbage,Cable, Internet_____ | $ 140.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 125.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10.Charitable contributions | $ 40.00 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 32.00 |
|     c. Health | $ 136.00 |
|     d.Auto | $ 80.00 |
|     e. Other__Joiint Life Insurance___ | $ 30.17 |
| 12.Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other __401K Loan_____ | $ 330.25 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 3,649.92 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I(Includes spouse income of $1,822.53.  See Schedule I) | $ 1,822.53 |
|     b. Average monthly expenses from Line 18 above | $ 3,649.92 |
|     c. Monthly net income (a. minus b.)   (Net includes Debtor/Spouse combined Amounts) | $ -1,827.39 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert J. Yesulis & Julie L. Yesulis

Debtor

Case No. _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 179,000.00 | | |
| B – Personal Property | YES | 4 | $   11,725.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 209,061.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 33 | | $ 111,276.03 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,822.53 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,649.92 |
| **TOTAL** | | 46 | $ 190,725.00 | $ 320,337.32 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert J. Yesulis & Julie L. Yesulis                Case No. _____

Debtor

Chapter      7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    0.00 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    1,822.53 |
| Average Expenses (from Schedule J, Line 18) | $    3,649.92 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    3,312.37 |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   30,061.29 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4.  Total from Schedule F | | $  111,276.03 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  141,337.32 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

In re _____    Case No. _____
Robert J. Yesulis & Julie L. Yesulis

**Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___48___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___11/10/2011_____    Signature:   __/s/ Robert J. Yesulis_____

                                                                                    Debtor

Date ___11/10/2011_____    Signature:   __/s/ Julie L. Yesulis_____

                                                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                        Social Security No.
of Bankruptcy Petition Preparer                                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

                                                                    _____
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re  Robert J. Yesulis & Julie L. Yesulis _____     Case No. _____
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2011(db) | 1,484 | Employment |
| 2010(db) | 18,962 | Employment |
| 2009(db) | 13,477 | Employment |
| | | |
| 2011(jdb) | 27,183 | Employment |
| 2010(jdb) | 36,204 | Employment |
| 2009(jdb) | 36,341 | Employment |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

4.   **Suits and administrative proceedings, executions, garnishments and attachments**

None

☒

a.       List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None

☒

b.       Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

5.   **Repossessions, foreclosures and returns**

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒        preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None       List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒        this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒        commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Scott Bentley 5435 Bull Valley Road Suite 318 McHenry, IL 60050 | | $1,700.00 |

**10.    Other transfers**

None

☒

a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None ☒        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None ☒        List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

**15.  Prior address of debtor**

None



     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                  NAME USED              DATES OF OCCUPANCY

---

**16.  Spouses and Former Spouses**

None

     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME           NAME AND ADDRESS       DATE OF        ENVIRONMENTAL
AND ADDRESS       OF GOVERNMENTAL UNIT      NOTICE           LAW

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**None**
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**None**
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

**None**
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

**None**
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*     *     *     *     *     *

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___11/10/2011___  Signature of Debtor  ___/s/ Robert J. Yesulis___
ROBERT J. YESULIS

Date ___11/10/2011___  Signature of Joint Debtor  ___/s/ Julie L. Yesulis___
JULIE L. YESULIS

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Robert J. Yesulis & Julie L. Yesulis

In re _____ ,   Case No. _____
                        Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br> Seterus | **Describe Property Securing Debt:**<br> Residence |

Property will be *(check one)*:
- ☐ Surrendered         ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt         ☑ Not claimed as exempt

| Property No. 2  *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____(for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt         ☐ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B8 (Official Form 8) (12/08)

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1   NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

__0___continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: 11/10/2011 _____         /s/ Robert J. Yesulis _____
                                              Signature of Debtor

                                          /s/ Julie L. Yesulis _____
                                              Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Robert J. Yesulis & Julie L. Yesulis            Case No. _____
_____
Debtor                                           (If known)

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code

_____
Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
Principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the Social Security
number of the officer, principal, responsible person,
or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certification of the Debtor

I, (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code

Robert J. Yesulis & Julie L. Yesulis            X  /s/ Robert J. Yesulis         11/10/2011
Printed Names(s) of Debtor(s)                        Signature of Debtor              Date

Case No. (if known)  _____        X  /s/ Julie L. Yesulis           11/10/2011
                                                     Signature of Joint Debtor, (if any)    Date

_____

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF

A/R Concepts, Inc.
o/b/o Anesthesia Assoc of CL
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o Anesthesia Assoc of CL
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o Anesthesia Assoc of CL
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o Anesthesia Assoc of CL
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o McHenry Radiol. & Imaging
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o McHenry Radiol. & Imaging
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o McHenry Radiol. & Imaging
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

A/R Concepts, Inc.
o/b/o McHenry Radiol. & Imaging
33 W. Higgins Road, Ste 715
S. Barrington, IL 60010

Advanced Neurological Care
615 Dakota Street Ste A201
Crystal Lake, IL 60012

Advocate Good Shepherd Hospital
450 W. Highway 22
Barrington, IL  60010

Alexian Brothers Medical Center
22589 Network Place
Chicago, IL 60673

Alexian Brothers Medical Group
PO Box 843147
Boston, MA 02284-3147

Allied Interstate
o/b/o Credit One Bank
3000 Corporate Exchange
Columbus, OH 43231

Anesthesia Associates of Crystal Valley
4309 Medical Center Drive, Ste A201
McHenry, IL 60050

Arlington Ridge Pathology
520 E. 22nd Street
Lombard, IL 60148

Asset Care
o/b/o Moraine ER Physicians
5100 Peachtree Industrial Blvd.
Norcross, GA 30071

Asset Recovery Solutions
o/b/o Credit One Bank
2200 E. Devon Ste 200
Des Plaines, IL 60018

Associated Recovery Systems
o/b/o Capital One Bank
PO Box 469046
Escondido, CA 92046-9046

ATG Credit LLC
o/b/o Cardiovascular Assoc.
PO Box 14895
Chicago, IL 60614-4895

ATG Credit LLC
o/b/o Naperville Radiologists
PO Box 14895
Chicago, IL 60614-4895

Barrington Cardiology
912 North Northwest Highway #100
Fox River Grove, IL 60021

Best Practices of NW SC
P.O. Box 758682
Baltimore, MD 21275

Blitt & Gaines
o/b/o Capital One Bank
661 Glenn Avenue
Wheeling, IL 60090

Business Revenue Systems
o/b/o McHenry Radiology
PO Box 13077
Des Moines, IA 50310-0077

Capital Management
o/b/o Capital One Bank
726 Exchange Street
Buffalo, NY 14210

CBCS
o/b/o US Cellular
PO Box 163729
Columbus, OH 43216

CBCS
PO Box 165025
Columbus, OH 43216

CBE Group
o/b/o Direct TV
131 Tower Park Ste 100
Waterloo, IA 50704

Centegra Health
13707 W. Jackson
Woodstock, IL 60098

Centegra Health System
750 E. Terra Cotta Ste A201
Crystal Lake,  IL 60014

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health System
PO Box 1447
Woodstock, IL 60098

Centegra Health Systems
13707 W. Jackson Street
Woodstock, IL 60098

Centegra Health Systems
13707 W. Jackson Street
Woodstock, IL 60098

Center for Neurology
Sherman Family Elgin
P.O. Box 582663
Modesto, CA 85358

CEP America, PC
PO BOX 582663
Modesto, CA 95358-0046

CEP America, PC
PO BOX 582663
Modesto, CA 95358-0046

Certified Services
o/b/o Dr.j Firias Dairi
PO Box 177
Waukegan, IL 60079-0177

City of Naperville
P.O. Box 88850
Carol Stream, IL 60188

Comcast
PO Box 3002
Southeastern, PA 19398-3002

David J. Axeford
649 Barron Blvd. Ste 200
Grayslake, IL 60030

David J. Axelrod
o/b/o Basudeh Saha MD
1448 Old Skokie Road
Highland Park, IL 60035

Dependon Collection Service, Inc.
o/b/o Basudeh Saha MD
1448 Old Skokie Road
Highland Park, IL 60035

Easy Dental Care
712 Front Street
McHenry, IL 60050

Edward Hospital and Health
P.O. Box 4207
Carol Stream, IL 60197

Elstrom & Hall
406 N. Front Street Ste A
McHenry, IL 60050

Financial Recovery Services
o/b/o HSBC
P.O. Box 385908
Minneapolis, MN 55438

Franklin Collection Services
o/b/o AT&T
PO BOX 3910
Tupelo, MS 38803-3910

Franklin Collection Services
o/b/o HSBC Credit Card
300 International Drive
Williamsville, NY 14221

Greater Round Lake FPD
P.O. Box 1368
Elmhurst, IL 60126

Harris & Harris
o/b/o Centegra Health
222 Merchandise Mart Ste 1900
Chicago, IL 60654

Harris & Harris
o/b/o Centegra Health
7017 John Deere Pkwy
Moline, IL 61265

Harris & Harris
o/b/o Good Shepherd Hospital
222 Merchandise Mart
Chicago, IL 60654

Harris & Harris
o/b/o Friend's Hospital
P.O. Box 5398
Chicago, IL 60680

Harris & Harris
o/b/o Provena Mercy Hospital
222 Merchandise Mart Ste 1900
Chicago, IL 60654

Harris & Harris
o/b/o Sherman Family Elgin
222 Merchandise Mart Ste 1900
Chicago, IL 60654

Harris & Harris
o/b/o Sherman Family Elgin
222 Merchandise Mart Ste 1900
Chicago, IL 60654

Harris & Harris
o/b/o Sherman Family Elgin
222 Merchandise Mart Ste 1900
Chicago, IL 60654

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

HR Accounts Inc.
o/b/o Centegra Health
7017 John Deere Parkway
Moline, IL 61265

Illinois Pain Institute
431 Summit Street
Elgin, IL 60120

KCA Financial Service
Dept. 4387
Carol Stream, IL 60122

KCA Financial Service
o/b/o NW Radiology
P.O. Box 53
Geneva, IL 60134

KCA Financial Service
o/b/o Professional Cardiac Serv.
P.O. Box 53
Geneva, IL 60134

Lab and Path Diagnostics
Dept. 4387
Carol Stream, IL 60122

Lake/McHenry Pathology Assoc.
520 E. 22nd Street
Lombard, IL 60148

Lake/McHenry Pathology Assoc.
P.O. Box 220
McHenry, IL 60050

McHenry County Orthopedicsd
420 N. Route 31
Crystal Lake, IL 60012

McHenry Radiologists Imaging Assoc.
PO Box 220
McHenry, IL 60050

McHenry Recovery Specialists
1000 Mineral Point Avenue
Janesville, WI 53548

McHenry Recovery Specialists
o/b/o Lake McHenry Path
2250 Devon Ave. Ste 352
Des Plaines, IL 60018

McHenry Recovery Specialists
o/b/o Lake McHenry Path
2250 Devon Ave. Ste 352
Des Plaines, IL 60018

McHenry Recovery Specialists
o/b/o Lake McHenry Path
2250 Devon Ave. Ste 352
Des Plaines, IL 60018

McHenry Recovery Specialists
o/b/o Lake McHenry Path
2250 Devon Ave. Ste 352
Des Plaines, IL 60018

McHenry Township Fire Dept.
PO Box 457
Wheeling, IL 60090

McHenry Township Fire Dept.
PO Box 457
Wheeling, IL 60090

Mercy Health System
PO BOX 5003
Janesville, WI 53547-5003

Midwest Diagnostic Pathology
15 Federal Drive, Suite 107
Chicago, IL 60075-3070

MiraMed Revenue Group
13,424 t Place Main NW
PO Box 536
Linden, MI 48451

MiraMed Revenue Group
o/b/o NW Comm. Hospital
PO BOX 77000 Dept. 77304
Detroit, MI 48277-0304

Moraine ER Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Moraine ER Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Moraine ER Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Moraine ER Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Moraine ER Physicians
PO Box 8759
Philadelphia, PA 19101-8759

Naperville Radiologists
P.O. Box 70
Hinsdale, IL 60522

National Credit Adjustment
o/b/o HSBC
P.O. Box 3023
Hutchinson, KS 67501

Nationwide Credit & Collection, Inc.
245 Main Street
Dickson City, PA 18519

Nationwide Credit & Collection, Inc.
o/b/o U of I Med. Ctr.
815 Conmmerce Drive, Ste 100
Oakbrook, IL 60523

Nationwide Credit & Collection, Inc.
o/b/o U of I Med. Ctr.
815 Conmmerce Drive, Ste 100
Oakbrook, IL 60523

Nationwide Credit & Collection, Inc.
o/b/o U of I Med. Ctr.
815 Conmmerce Drive, Ste 100
Oakbrook, IL 60523

NCO Financial
o/b/o Lake McHenry Path
1375 E. Woodfield Rd. Ste 110
Schaumburg, IL 60173

NCO Financial
o/b/o Moraine ER Physicians
507 Prudential Road
Horsham, PA 19044

NCO Financial
o/b/o Moraine ER Physicians
507 Prudential Road
Horsham, PA 19044

NCO Financial
o/b/o Moraine ER Physicians
507 Prudential Road
Horsham, PA 19044

NCO Financial
o/b/o Moraine ER Physicians
507 Prudential Road
Horsham, PA 19044

NCO Financial
o/b/o Moraine ER Physicians
507 Prudential Road
Horsham, PA 19044

Neopath, SC
520 E. 22nd Street
Lombard, IL 60148

Northwest Community Hospital
P.O. Box 95698
Chicago, IL 60694

NW Collectors
o/b/o Rolling Meadows FD
3601 Algonquin Road Ste 232
Rolling Meadows, IL 60008

NW Collectors
o/b/o Transworld Systems
1375 E. Woodfield #110
Schaumburg, IL 60173

NW Collectors
o/b/o Village of Lake Zurich
3601 Algonquin Road Ste 232
Rolling Meadows, IL 60008

OAC
o/b/o Great Lakes Pathology
PO BOX 371100
Milwaukee, WI 53237

OSI
o/b/o Lake/McHenry Pathology
PO Box 959
Brookfield, WI 53008

Plaza Associates
o/b/o Harley Davidson-Repo
P.O. Box 18008
Hauppauge, NY 11788

Portfolio Recovery Associates
o/b/o Sherman Hospital
35134 Eagle Way
Chicago, IL 60612

Professional Cardiac Services
520 E. 22nd St.
Lombard, IL 60148

Professional Cardiac Services
525 W. Gold Street
Arlington Heights, IL 60005

Quality Healthcare
o/b/o Quality Healthcare Equip
P.O. Box 882
Freeport, IL 61032

Quality Healthcare
P.O. Box 13150
Overland Park, KS 66282

Quality Healthcare
P.O. Box 1412
LaCrosse, WI 54602

RAB
o/b/o Capital One Bank
PO Box 34119
Memphis, TN 38184

Radiological Consultants Woodstock
36311 Treasury Center
Chicago, IL 60694

Radiological Consultants Woodstock
o/b/o Alexian Bros.
P.O. Box 361230
Birmingham, AL 25236

Revenue Cycle Solutions
o/b/o Citizens Bank-Repo
P.O. Box 12914
Norfolk, VA 23541

Seterus
14523 SW Millikan Way Ste 200
Beaverton, OR 97005

Sherman Health
1425 Randall Road
Elgin, IL 60120-2198

Sherman Health
1425 Randall Road
Elgin, IL 60120-2198

Sherman Health
1425 Randall Road
Elgin, IL 60120-2198

Spring Grove FPD
P.O. Box 457
Wheeling, IL 60090

Sprint
PO Box 4191
Carol Stream, IL 60197

Suburban Credit Corp.
o/b/o Best Practices of NW
P.O. Box 30640
Alexandria, IL 22310

Tate & Kirlin Associates
o/b/o Comprehensive Urologic Care
1375 E. Woodfield Road #110
Schaumburg, IL 60173

Tate & Kirlin Associates
o/b/o HSBC 44585380
2810 Southampton Road
Philadelphia, PA 19154

Tate & Kirlin Associates
o/b/o Washington Mutual
2810 Southampton Road
Philadelphia, PA 19154

Town Square Anesthesia
P.O. Box 836
Crystal Lake, IL 60014

Transworld Systems, Inc.
o/b/o The Lawn Doctor
1375 E. Woodfield Road #110
Schaumburg, IL 60173

Tri County Emergency Physicians
P.O. Box 369
Barrington, IL 60011

Tri County Emergency Physicians
P.O. Box 369
Barrington, IL 60011

Trustmark Recovery Services
o/b/o U of I Med Ctr Chicago
541 Ottis Bowen Drive
Munster, IN 46321

U of I Medical Center
P.O. Box 12199
Chicago, IL 60612

UIC Pathology
4810 Paysphere Circle
Chicago, IL 60674

Village of Arlington Heights
P.O. Box 95349
Palatine, IL 60095

Village of Fox Lake
PO BOX 1368
Elmhurst, IL 60126

Village of Hoffman Estates
P.O. Box 457
Wheeling, IL 60090

Wellington Radiology Group
39006 Treasury Ctr
Chicago, IL 60694

William Bush DDS
1311 N. Green Street
McHenry, IL 60050

Windsor Door
4519 Prime Pkwy
McHenry, IL 60050

Woodstock Fire and Rescue
P.O. Box 423
Woodstock, IL 60098

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re  Robert J. Yesulis & Julie L. Yesulis

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .......................................................... $  1,700.00

Prior to the filing of this statement I have received .......…………….............. $ _____0.00_____

Balance Due ...........................…………………………………….................. $  1,700.00

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

11/10/2011                                                          /s/ Scott Bentley
_____                          _____
Date                                                                    Signature of Attorney

_____
Name of law firm

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 31923-301X-09310 - Adobe PDF